UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON DANIEL SILVA,<br><br>Defendant. | CASE NO. CR09-046-RSM<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on August 2, 2012. The United States was represented by AUSA Karyn Johnson and the defendant by Ron Friedman. The proceedings were digitally recorded.

Defendant had been sentenced in the District of North Dakota on or about July 5, 2001 by the Honorable Rodney S. Webb on charges of Conspiracy to Distribute Methamphetamine; Conspiracy to Distribute Cocaine and Possession of a Firearm in Connection with a Drug Trafficking Crime, and sentenced to 117 months custody, four years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug treatment as directed, abstain from consuming

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

alcohol or illegal drug or possessing controlled substances, submit to drug testing, perform 50 hours of community service, and provide financial information to his probation officer upon request. (Dkt. 3 at 44-45.)

The case was transferred to this Court on February 18, 2009. (Dkt. 1.)

In an application dated June 25, 2012 (Dkt. 4, 5), U.S. Probation Officer Jennifer J. Tien alleged the following violations of the conditions of supervised release:

1. Failing to notify the probation officer of a change in residence, 10 days prior to any change in residence, in violation of standard condition no. 6.

2. Failing to report to the probation office, as directed by his probation officer, in violation of standard condition no. 3.

3. Failing to submit a truthful monthly supervision report during the first five days of each month, in violation of standard condition no. 2.

4. Failing to work at a lawful occupation, in violation of standard condition no. 5.

5. Failing to fully disclose all requested financial information to his probation officer, in violation of his special condition of supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights. Defendant admitted violations 1-5 and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Martinez.

///

Pending a final determination by the Court, defendant has been detained.

DATED this 2nd day of August, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:   District Judge:          Honorable Ricardo S. Martinez
      AUSA:                    Karyn Johnson
      Defendant's attorney:    Ron Friedman
      Probation officer:       Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE
AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3